# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLASSEY PRODUCTIONS, LLC<br><br>PLAINTIFF(S)<br><br>v.<br><br>BRIAN MCKNIGHT, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:21−cv−02452−FMO−MRW<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

  3/19/2021        1          Request for Summons  
Date Filed     Doc. No.     Title of Doc.

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

The Summons Request was filed under the incorrect event. The correct event is: Civil Events > Service Documents > Service/Waivers of Summons and Complaints > Summons Request.

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

By:  /s/ *Jeannine Tillman*
 *jeannine_tillman@cacd.uscourts.gov*
Deputy Clerk

Date:  March 23, 2021

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.