# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLASSEY PRODUCTIONS, LLC <br><br> PLAINTIFF(S) <br><br> v. <br><br> BRIAN MCKNIGHT, et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:21–cv–02452–FMO–MRW <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 3/19/2021 | 1 | Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**




*Other Error(s):*

The case initiating documents such as the Civil Cover Sheet and Notice of Interested Parties were incorrectly filed as attachments. Please utilize CM/ECF resources such as the search tool to locate the appropriate events for filing. No further action is required unless directed by the Court.


Clerk, U.S. District Court

Dated: March 23, 2021       By: /s/ *Jeannine Tillman  jeannine_tillman@cacd.uscourts.gov*
                                Deputy Clerk