GREGORY S. TAMKIN (CA Bar No. 175009)
tamkin.greg@dorsey.com
**DORSEY & WHITNEY LLP**
1400 Wewatta Street, Suite 400
Denver, CO 80202-5549
Telephone: (303) 629-3438
Facsimile: (303) 629-3450

ELLIOT J. HALES (CA Bar No. 293535)
hales.elliot@dorsey.com
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, Utah 84111
Telephone: (801) 933-4069
Facsimile: (801) 933-7373

*Attorneys for Plaintiff*
*KLassey Productions, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLASSEY PRODUCTIONS, LLC, a Colorado limited liability company<br><br>Plaintiff,<br><br>v.<br><br>BRIAN MCKNIGHT, LEILANI MENDOZA, THE SRG/ILS GROUP, LLC, dba SONO RECORDING GROUP and DOES 1-10,<br><br>Defendants. | CASE NO. 2:21-CV-02452-FMO-MRW<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff KLassey Productions, LLC, by and through its counsel of record, Dorsey & Whitney, LLP, hereby advises the Court that the Parties have reached a settlement of their disputes in this matter and are in the process of documenting that settlement in a formal, written settlement agreement.

Accordingly, the Plaintiff respectfully requests that the Court vacate all deadlines. The Parties anticipate filing a stipulation of dismissal of all claims in this action, with each party to bear its own costs and attorneys' fees, on or within 30 days from the date of this Notice.

DATED: May 7, 2021          DORSEY & WHITNEY LLP

By: /s/ Elliot J. Hales
    *Attorney for Plaintiff*
    *KLassey Productions, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2021, I caused a true and correct copy of the foregoing to be emailed to counsel for:

The SRG/ILS Group, LLC
50 Water Street
Norwalk, CT 06854
Email: robert@randrentertainment.com

Brian McKnight & Leilani Mendoza
16155 Belford Drive
Milton, Georgia 30004
Email: jsusman@nolanheimann.com

                                                  /s/ *Vanessa Thompson*
                                                  Vanessa Thompson